# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

7 SOUTH MORTON AVENUE
MORTON, PENNSYLVANIA 19070
PH: 610.690.0801
FAX: 610.690.0880

<u>Additional Offices</u>
Philadelphia, Pa
Bala Cynwyd, Pa

*Matthew B. Weisberg\*^*
L. Anthony DiJiacomo~
David A. Berlin^+
Gary Schafkopf^+
Yanna Panagopoulos~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
#Licensed in NJ
+Of Counsel

Web-Site: **www.weisberglawoffices.com**
**E-Mail:** MWEISBERG@WEISBERGLAWOFFICES.COM

*Monday, November 22, 2021*

**<u>VIA ECF</u>**
The Honorable Juan R. Sanchez
14613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:     <u>In Re: Joshua Louis Thomas</u>
        USDC EDPA No.: 2:21-mc-00073-PD

Your Honor:

On behalf of our client (respondent), Joshua Thomas, Mr. Thomas concurs that there exists probable cause for discipline.

With leave of this Court, respondent respectfully requests reciprocal discipline (as already publicly imposed by the Supreme Court of Pennsylvania).

Thank you for Your Honor's and this Honorable Court's consideration.

Sincerely,

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire

MBW/mbd