UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>20-8051</u>

In re: Joshua L. Thomas, Esq.

**ORDER**

Present: SHWARTZ, BIBAS, and PORTER, Circuit Judges

  This Court began disciplinary proceedings against Joshua L. Thomas, Esq., due to misconduct before this Court and other courts within the Third Circuit.  Mr. Thomas was later suspended by the Supreme Court of Pennsylvania on account of some of this misconduct (and reciprocally suspended by the Supreme Court of New Jersey and the U.S. District Court for the District of New Jersey).  The U.S. District Court for the Eastern District of Pennsylvania considered additional misconduct and disbarred him.  Mr. Thomas was then ordered to show cause why he should not be reciprocally disbarred in this Court.  No response to the order to show cause was received.

  It is therefore ORDERED that Joshua L. Thomas, Esquire, is hereby disbarred from the practice of law in this Court, retroactive to February 15, 2023, pursuant to R.A.D.E. 9.

  This disbarment concludes this Court's disciplinary proceedings.  The Clerk shall forward a certified copy of this order to Mr. Thomas by email, provided an email address is on file, and by certified mail, return receipt requested, to the address on file with the Clerk's Office, together with a copy of the order of the Supreme Court of Pennsylvania.  Reinstatement to practice in this Court is governed by R.A.D.E. 13.

  This Court's <u>Rules of Attorney Disciplinary Enforcement</u> are available on the Court's website at: <u>www.ca3.uscourts.gov</u>.

                For the Court,

                s/ Patty Shwartz
                Chair, Standing Committee
                on Attorney Discipline

Dated:  March 19, 2024



A True Copy:

Patricia S. Dodszuweit, Clerk

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**
**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



March 19, 2024

## VIA ECF AND CERTIFIED MAIL RECEIPT NO. 7018 0360 0000 8115 3593

Joshua L. Thomas, Esq.
Suite 200
225 Wilmington-West Chester Pike
Chadds Ford, PA 19317

RE:  In the Matter of:
**Joshua Louis Thomas**
An Attorney at Law
**C.A. Misc. No. 20-8051**
(Supreme Court of Pennsylvania No. 2822 Disciplinary Docket No. 3 No. 115 DB 2021)
(United States District Court for the Eastern District of Pennsylvania
Misc. No. 2:21-mc-00073)

Dear Mr. Thomas:

Enclosed is a certified copy of an order disbarring you from the practice of law in this Court, retroactive to February 15, 2023.

This Court's Rules of Attorney Disciplinary Enforcement are available on the Court's website at: www.ca3.uscourts.gov.  Please refer to the provisions of Rule 16.3 regarding initiating a separate reinstatement proceeding.

Very truly yours,

 *s/ Patricia S. Dodszuweit*
Clerk

By: s/ Desiree
Legal Assistant
Direct Dial: 267-299-4252